IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONDI SHUEY,** <br> **Plaintiff** <br><br> **v.** <br><br> **GEISINGER HEALTH SYSTEM,** <br> **Defendant** | : <br> : <br> : <br> : <br> : <br> : <br> : | **No. 4:23cv1400** <br><br> **(Judge Munley)** |

**ORDER**

**AND NOW**, this 6 day of October 2026, for the reasons set forth in an accompanying memorandum, it is hereby ordered that:

1) Geisinger Health System's motion for summary judgment, (Doc. 34), is **GRANTED** in part and **DENIED** in part;
2) Geisinger's motion will be **GRANTED** with respect to plaintiff's ADEA/PHRA retaliation claims;
3) The motion will be **DENIED** as to plaintiff's ADEA/PHRA discrimination claims;
4) Plaintiff will have **14 days** to file an amended complaint adding or substituting Geisinger Medical Center as defendant in this case; and
5) Following the closing of the pleadings, this matter will be scheduled for a pretrial conference.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**